IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Dockery, Lawrence

Printed: 4/8/08

Case Number: 07 B 23137
Judge: Hollis, Pamela S
Filed: 12/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 2. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 0.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 5. | Deutsche Bank National Trustee | Secured |  | No Claim Filed |
| 6. | AT&T | Unsecured |  | No Claim Filed |
| 7. | City Of Chicago | Unsecured |  | No Claim Filed |
| 8. | First Premier | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

